Per Curiam.
 

 [¶ 1] Elvis Leunguen-Koundjo appeals from a district court judgment evicting him from a Williston apartment. Leunguen-Koundjo argues the district court erred by ordering the eviction because there was insufficient evidence to find he violated material terms of the lease and RAD Development-Main Street, LLC did not follow the proper eviction procedure. The district court did not clearly err in finding Leunguen-Koundjo violated material terms of the lease and ordering the eviction. We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte